CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAY 05 2021
JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| KAREN DELORES TURNER, | |
| Plaintiff, | Civil Action No. 4:20cv00041 |
| v. | **ORDER** |
| WALMART STORES EAST, LP, and WALMART, INC. | By: Hon. Thomas T. Cullen<br>United States District Judge |
| Defendants. | |

This matter is before the court on Defendants' Motion for Summary Judgment [ECF No. 18]. For the reasons stated in the accompanying memorandum opinion, it is **ORDERED** that Defendants' Motion is **GRANTED**. The clerk is directed to enter **JUDGMENT** for the Defendants and **CLOSE** this case.

The clerk is further directed to forward a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

**ENTERED** this 5th day of May, 2021.

                                                  /s/ Thomas T. Cullen
                                                  HON. THOMAS T. CULLEN
                                                  UNITED STATES DISTRICT JUDGE